the assistance of counsel' " (*Matter of Ella B.*, 30 NY2d 352, 357, quoting *Cleaver v Wilcox*, 40 USLW 2658, 2659; *see, Matter of Orneika J., supra*, at 80). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ In the Matter of NIGIL DaVONTAE B., an Infant. MONIQUE M., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [648 NYS2d 375] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the same Memorandum as in *Matter of Dominique L. B.* (231 AD2d 948 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ In the Matter of TALMAGE B., III., an Infant. Monique M., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 3.) [648 NYS2d 375] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the same Memorandum as in *Matter of Dominique L. B.* (231 AD2d 948 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ In the Matter of REGINALD O. B., III, an Infant. MONIQUE M., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 4.) [648 NYS2d 376] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the same Memorandum as in *Matter of Dominique L. B.* (231 AD2d 948 [decided herewith]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ In the Matter of BABY GIRL M., Also Known as ASHLEY B., an Infant. MONIQUE M., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 5.) [648 NYS2d 376] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the same Memorandum as in *Matter of Dominique L. B.* (231 AD2d 948 [decided here-

with]). (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

STEPHEN L. LOCKWOOD et al., Respondents, v CITY OF ROME et al., Appellants. [648 NYS2d 376] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Shaheen, J. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Dismiss Complaint.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

In the Matter of the Arbitration between ALLSTATE INSURANCE COMPANY, Respondent, and LEE C. WHITE, Appellant. [647 NYS2d 640] —Order unanimously reversed on the law with costs and petition dismissed. Memorandum: Supreme Court erred in permanently staying arbitration of respondent's claim for underinsured motorist benefits. Contrary to petitioner's contention, respondent filed a timely claim for those benefits. The insurance policy requires that a claim be made within 90 days "or as soon as practicable", and the record establishes that respondent notified petitioner of his claim immediately after determining that the insurance on the other vehicle involved in the accident was inadequate to compensate respondent for his injuries. Respondent offered a reasonable excuse for his delay and showed that he exercised due diligence in ascertaining the policy limits of the vehicles involved (*see, Matter of Nationwide Mut. Ins. Co. [Fennimore]*, 201 AD2d 979, *lv denied* 83 NY2d 755). (Appeal from Order of Supreme Court, Onondaga County, Tormey, J.—Arbitration.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

CHRISTOPHER TYLER, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 83438A.) [648 NYS2d 377] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Corbett, Jr., J. (Appeal from Order of Court of Claims, Corbett, Jr., J.—Dismiss Claim.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

In the Matter of CRUCIBLE MATERIALS CORPORATION, Respondent, v TOWN OF GEDDES, Appellant. [648 NYS2d 385] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Roy, J. (Appeal from Order of Supreme Court, Onondaga County, Roy, J.—Discovery.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

In the Matter of WILLIAM S. and Others, Infants. LEE S. et al., Appellants; ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [648 NYS2d 377] —Order unanimously af-